UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ANDRE KYLE YOUNG, | ) CV 10-09699-JST (SH) |
| | ) |
| Plaintiff, | ) ORDER ACCEPTING |
| | ) REPORT AND |
| | ) RECOMMENDATION OF |
| v. | ) UNITED STATES |
| | ) MAGISTRATE JUDGE |
| E. MORENO, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the First Amended Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

IT IS THEREFORE ORDERED that: (1) the Report and Recommendation

\\\
\\\
\\\
\\\
\\\

is approved and accepted, and (2) Defendant's Motion to Dismiss is denied.

DATED: May 17, 2012

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE