UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ANDRE K. YOUNG,<br><br>    Plaintiff,<br><br> v.<br><br>E. MORENO,<br><br>    Defendant. | ) CV 10-9699-JST (SH)<br>)<br>) ORDER ACCEPTING THE FINAL<br>) REPORT AND RECOMMENDATION<br>) OF UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

  Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

  IT IS ORDERED that a Judgment be issued dismissing the Complaint without leave to amend.

  Each party to bear its own costs.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: July 26, 2013

                                         \_\_\_JOSEPHINE STATON TUCKER\_\_\_

                                         JOSEPHINE STATON TUCKER
                                      UNITED STATES DISTRICT JUDGE