JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

ANDRE K. YOUNG,          CV 10-9699-JST (SH)

        Plaintiff,

         JUDGMENT

   v.

E. MORENO,

        Defendant.

Pursuant to the Order of the Court accepting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the Complaint without leave to amend.

DATED: July 26, 2013

                            JOSEPHINE STATON TUCKER
                            JOSEPHINE STATON TUCKER
                            UNITED STATES DISTRICT JUDGE